**ORIGINAL** **SEALED**
**BY ORDER OF THE COURT**

**WARNING:** **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON #
Chief, Criminal Division

MARC A. WALLENSTEIN #10456
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Marc.Wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 1 7 2018
at __1__ o'clock and __45__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 18-00486 KSC |
| | ) |
| Plaintiff, | ) CRIMINAL COMPLAINT |
| | ) AFFIDAVIT |
| vs. | ) |
| | ) |
| SIEGFRED SIERRA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true

and correct to the best of my knowledge and belief.

## COUNT 1

Beginning on a date unknown and continuing through at least on or about May 15-16, 2018, in the District of Hawaii, and elsewhere, SIEGFRED SIERRA, the defendant, and C.C., knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown, to distribute and possess within intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

I further state that I am a DEA Special Agent and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

*[signature]*
TIMOTHY H. NGUYEN
Drug Enforcement Administration

Sworn to under oath before me
telephonically, and attestation
acknowledged pursuant to Fed. R.
Crim. P.4.1(b)(2), this
16th day of May, 2018.

*[signature]*
KEVIN S.C. CHANG
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

TIMOTHY H. NGUYEN, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and am currently assigned to the DEA Enforcement Group in Honolulu, HI.

2. On May 15, 2018, a DEA Confidential Source (CS1), under the supervision of DEA Special Agents, purchased three ounces of methamphetamine from an individual for $1,500.00 in serialized government funds. The individual's supplier was also present during the purchase. The transaction took place inside the supplier's vehicle.

3. Shortly after the transaction, the individual and his supplier were arrested. During the search incident to arrest, approximately fourteen (14) ounces of methamphetamine and one (1) .40 caliber Glock brand pistol was found in the supplier's vehicle and seized. After the arrest, the supplier became a cooperating defendant (CD1).

4. CD1 identified the source-of-supply for the 14 ounces of methamphetamine as a person named SIEGFRED SIERRA, who is based in Las Vegas, Nevada. Specifically, CD1 explained that SIERRA has been sending CD1 parcels containing approximately one-pound quantities of methamphetamine. CD1 stated that SIERRA has mailed CD1 five (5) parcels in total.

5. CD1 also showed DEA personnel a text message that CD1 had received from number (702) 358-9428, which CD1 said belongs to SIERRA. The text message was sent on May 15, 2018 at 2:39 p.m. In the text message, SIERRA included a picture of a USPS receipt for a parcel, bearing tracking number 9405510200881740830333, which was sent via USPS Priority Flat Rate on May 15, 2018. CD1 said that this parcel was currently en route to Hawaii from Las Vegas, and contained approximately one pound of methamphetamine.

6. In the presence of DEA personnel, CD1 then placed a recorded telephone call to SIERRA. SIERRA told CD1 that two additional parcels of methamphetamine would be sent on May 15, 2018 and May 16, 2018, respectively.

7. During the arrest of CD1, DEA recovered from CD1's wallet a document with hand-written bank account information and SIERRA's address. CD1 stated that SIERRA directed CD1 to send money to this bank account, and he did so, in exchange for the methamphetamine provided by SIERRA. The bank information written on the document was for American First Credit Union, account number 32996514, routing number 324377516, and address P.O. Box 9199 Ogden, UT 84409. The name "Siegfred Sierra" and an address 7013 Edwin Aldrin Circle, Las Vegas, NV 89145 were also written on the document.

8. An electronic copy of SIERRA's Driver License was later obtained, and showed SIERRA's address is 7013 Edwin Aldrin Circle Las Vegas, NV 89145.

CD1 positively identified Siegfred Sierra from this Driver License photograph.

9. Based on the foregoing, this Affiant believes that Siegfred Sierra is actively involved in the shipment of one (1) pound parcels containing methamphetamine from Las Vegas, NV, to Honolulu, HI, for distribution in Hawaii. Accordingly, there is probable cause to believe that Siegfred Sierra has conspired to distribute and possess with intent to distribute methamphetamine within the district of Hawaii and elsewhere in violation of 21 U.S.C. § 846 and 841(b)(1)(A).

10. For the same reason, there is probable cause to believe that Siegfred Sierra has distributed methamphetamine within the District of Hawaii and elsewhere in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

11. Methamphetamine is a Schedule II controlled substance.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, May 16, 2018.

                                      TIMOTHY H. NGUYEN
                                      Drug Enforcement Administration

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 5:20 p.m. on May 16, 2018.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 16th day of May, 2018.

KEVIN S.C. CHANG
United States Magistrate Judge