KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, Criminal Division

MARC A. WALLENSTEIN #10456
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: marc.wallenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR18-00072 JMS |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846] |
| SIEGFRED SIERRA, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that:

## COUNT ONE
Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

In or about and between March 2018 and May 19, 2018, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, SIEGFRED SIERRA, the defendant, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to distribute and possess within intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
Distribution and Attempt to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

On or about and between May 15, 2018 and May 18, 2018, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, SIEGFRED SIERRA, the defendant, did knowingly and intentionally distribute and attempt to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT THREE
Distribution and Attempt to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)

On or about and between May 17, 2018 and May 19, 2018, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, SIEGFRED SIERRA, the defendant, did knowingly and intentionally distribute and attempt to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

DATED: June ___, 2018, at Honolulu, Hawaii.

[STAMP: JUN 0 6 2018]

A TRUE BILL

/s/ Foreperson, Grand Jury
FOREPERSON, GRAND JURY

/s/ KENJI M. PRICE
KENJI M. PRICE
United States Attorney
District of Hawaii

KENJI M. PRICE
UNITED STATES ATTORNEY

MARC A. WALLENSTEIN
ASSISTANT UNITED STATES ATTORNEY

U.S. v. Siegfred Sierra
Indictment
Cr. No. CR 18-00072 JMS

4